■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS DONO, Appellant. [601 NYS2d 856] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Richmond County (Felig, J.), imposed April 30, 1991.

Ordered that the sentence is affirmed.

We have considered the contentions raised by the defendant in his supplemental *pro se* brief and find them to be without merit. Mangano, P. J., Bracken, Lawrence, Miller and Pizzuto, JJ., concur.